U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 7 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| BROADCAST MUSIC INC., ET AL | CIVIL ACTION NO. 2:16-0075 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CENTER STAGE OF LAKE CHARLES LLC, ET AL | MAG. JUDGE KAY |

## MEMORANDUM RULING AND JUDGMENT

Before the court is a "Motion" (R. #9) wherein Defendant, Caleb Hyatt, maintains that he is immune from all civil actions involving The Center Stage of Lake Charles, LLC because the entity, Center Stage of Lake Charles, LLC, which is also a defendant in this lawsuit is registered and operates as a limited liability company. Defendant, Caleb Hyatt, filed the motion before he retained counsel of record. Mr. Hyatt cites no legal authority as to why he should be dismissed from the instant lawsuit. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion is hereby **DENIED.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 7th day of November, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE